# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:16-cv-01196-APG-GWF |
| vs. | ) ) | **ORDER** |
| EDWARD SAMUEL PUNDYK, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendant William John Pundyk's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant's Answer (ECF No. 9) in this matter was filed June 29, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. On July 15, 2016, this Court entered an order (ECF No. 11) requiring Defendant William John Pundyk to file a Certificate as to Interested Parties no later than July 25, 2016. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **September 12, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 12th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge