# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD SAMUEL PUNDYK, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01196-APG-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant Antoinette Sinai's Motion for Telephonic Appearance (ECF No. 17), filed on August 12, 2016.

　　　A scheduling conference is set for Thursday, August 18, 2016 at 2:30 PM. Defendant Antoinette Sinai requests permission to appear by telephone. Upon review and consideration,

　　　**IT IS ORDERED** that Defendant's Motion for Telephonic Appearance (ECF No. 17) is **granted**. Plaintiff is permitted to attend the scheduling conference set for **Thursday, August 18, 2016 at 2:30 PM** by telephone.

　　　**IT IS FURTHER ORDERED** that Plaintiff is instructed to call telephone number: **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. **The call must be made using a land line.**

　　　DATED this 16th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　_George Foley Jr._____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge