# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD SAMUEL PUNDYK, *et al.*,<br><br>             Defendants. | Case No. 2:16-cv-01196-APG-GWF<br><br>**ORDER** |

The Court conducted a scheduling conference on August 18, 2016. *See ECF No. 19.*

Defendant William John Pundyk filed his Answer (ECF No. 10) on June 30, 2016. To date, no other Defendant has filed an answer. Accordingly,

**IT IS HEREBY ORDERED** that the following scheduling order dates shall apply:

1. Last date for individual defendants to file an answer to the complaint, if they wish to file an answer: **September 19, 2016.**

2. Last date for Plaintiff to file its Motion to Interplead: **October 19, 2016**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall file with the Court a valid current address for Defendant Edward Samuel Pundyk within one week of the issuance of this Order.

DATED this 19th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge