# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SAMUAL PUNDYK, et al.,<br><br>Defendants. | Case No. 2:16-cv-01196-APG-GWF<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>(ECF No. 47) |

Defendant Joann V. Stokes filed a document stating she is withdrawing from the case "totally" and "want[s] out of this whole matter." ECF No. 47. I understand Joann Stokes to mean she disclaims any interest in the interpleaded funds. I grant her motion to withdraw from the case.

IT IS THEREFORE ORDERED that defendant Joann V. Stokes' motion to withdraw **(ECF No. 47) is GRANTED**. Joann V. Stokes shall be terminated from this case and shall not be awarded any interest in the interpleaded funds.

DATED this 7th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE