# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>EDWARD SAMUEL PUNDYK, WILLIAM JOHN PUNDYK, WILLIAM D. FLUGHER, ANTOINETTE SINAI, and JOANN V. STOKES,<br><br>　　　　Defendants | Case No.: 2:16-cv-01196-APG-GWF<br><br>**Order to Disburse Funds** |

　　　I previously ordered the remaining defendants to show cause why the funds at issue in this case should not be disbursed equally among them. ECF No. 49. Defendants Antoinette Sinai and William Flugher responded (ECF Nos. 50, 51), but defendant William Pundyk did not. Pundyk has never filed an answer to the complaint and has not appeared in this case in over two years. ECF No. 24. Both Sinai and Flugher state in their responses to my order that the deceased was estranged from Pundyk and did not want him to receive any share of her estate. Because of this and Pundyk's failure to respond or otherwise participate in this case, I will order the funds to be disbursed equally to Sinai and Flugher.

　　　IT IS THEREFORE ORDERED that the clerk of the court shall divide all funds that are on deposit with the court equally between William D. Flugher and Antoinette Sinai and then disburse the funds to them. The clerk shall enter judgment accordingly and close this case.

　　　DATED this 20th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE